# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2011

Robert P. Young, Jr.,
Chief Justice

143049

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KEITH J. CUNNINGHAM,
        Plaintiff-Appellee,

v

                                       SC: 143049
                                       COA: 300224
                                       Crawford CC: 07-007389-DM

BARBARA J. CUNNINGHAM,
        Defendant-Appellant.
_____/

       On order of the Court, the application for leave to appeal the April 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2011 _____

_____
Clerk

y0614